IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| **JACQUELINE ARMENDARIZ** and **CHINOOK CENTER**, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> **CITY OF COLORADO SPRINGS; DANIEL SUMMEY,** in his individual capacity; **B. K. STECKLER**, in his individual capacity; **JASON S. OTERO**, in his individual capacity; **ROY A. DITZLER**, in his individual capacity; **FEDERAL BUREAU OF INVESTIGATION**; and **UNITED STATES OF AMERICA**, <br><br> Defendants-Appellees. | C.A. No. 24-1201 <br><br> D.C. No. 23-cv-01951-SKC-MDB |

**APPELLEES' JOINT MOTION FOR 30-DAY EXTENSION
TO FILE ANSWER BRIEFS**

Defendants-Appellees jointly move for an additional 30 days to file their Answer Briefs, which are currently due September 20, 2024. Appellees respectfully request a new deadline of Monday, October 21, 2024. In support of this motion:

1. This is Appellees' first request for an extension.

1

2. Counsel for the Appellants do not oppose this request.

3. Over the past few weeks, counsel for the Federal Appellees (Summey, the FBI, the United States) has been busy:

   a. Preparing the Response to the Petition for Rehearing in *United States v. Dear*, No. 22-1303 (10th Cir.), which was filed on September 4th; and

   b. Drafting the Answer Brief in *Cosby v. Banuelos*, No. 24-1247 (10th Cir.), which is currently due September 27th.

4. Similarly, counsel for the Colorado Springs Appellees (the City of Colorado Springs, Steckler, Otero, Ditzler) has been busy:

   a. Preparing for oral argument in *Northside Neighbors v. Notes Live, Inc.*, No. 2024CA72 (Colo. App.), which occurred on September 3, 2024;

   b. Researching and drafting a motion to dismiss in *Sanctuary Field Neighborhood Network v. Philip J. Weiser*, No. 24-cv-1847 (D. Colo.), which originally was due September 10, 2024; and

   c. Engaging in discovery in *Sexton v. City of Colorado Springs*, No. 23-cv-555 (D. Colo.).

5. As a result, undersigned counsel cannot finish their Answer Briefs by September 20, 2024, with the exercise of due diligence.

Therefore, Appellees respectfully request an extension of 30 days, up to and including Monday, October 21, 2024, in which to file their Answer Briefs.

Respectfully submitted,

MATTHEW T. KIRSCH
Acting United States Attorney

*s/Marissa R. Miller*
Assistant U.S. Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
303.454.0100
USACO.ECFappellate@usdoj.gov

Attorneys for Defendants-Appellees Daniel Summey, the Federal Bureau of Investigation, and the United States

OFFICE OF THE CITY ATTORNEY OF THE CITY OF COLORADO SPRINGS, COLORADO
Wynetta P. Massey, City Attorney

*/s/ Anne H. Turner*
Anne H. Turner, Assistant City Attorney
30 S. Nevada Ave., Suite 501
Colorado Springs, Colorado 80903
Telephone: (719) 385-5909

Facsimile: (719) 385-5535
anne.turner@coloradosprings.gov

Attorneys for Defendants-Appellees City of Colorado Springs, B.K. Steckler, Jason S. Otero and Roy A. Ditzler

# CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit, using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

*s/ Kayla Keiter*
KAYLA KEITER
U.S. Attorney's Office