# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| **JACQUELINE ARMENDARIZ** and **CHINOOK CENTER**, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> **CITY OF COLORADO SPRINGS; DANIEL SUMMEY**, in his individual capacity; **B. K. STECKLER**, in his individual capacity; **JASON S. OTERO**, in his individual capacity; **ROY A. DITZLER**, in his individual capacity; **FEDERAL BUREAU OF INVESTIGATION**; and **UNITED STATES OF AMERICA**, <br><br> Defendants-Appellees. | C.A. No. 24-1201 <br><br> D.C. No. 23-cv-01951-SKC-MDB |

## APPELLEES' OPPOSED MOTION FOR 10-DAY EXTENSION TO FILE ANSWER BRIEFS

Federal Defendants-Appellees (Summey, the FBI) move for an additional ten days to file their Answer Brief, which is currently due November 20, 2024. Appellees respectfully request a new deadline of Monday, December 2, 2024. The City Defendants-Appellees (the City of Colorado Springs, Steckler, Otero, Ditzler) also join this motion.

1

In support of this motion:

1. The Federal Appellees have already received two extensions totaling 60 days. This is their third request for an extension.

2. Counsel requests this short extension because one of the issues on appeal raises a claim that involves competing government interests.

3. As a result, the U.S. Attorney's Office for the District of Colorado must ensure that its position balances those interests. The United States seeks the additional time for its agencies to resolve their different positions and reach a consensus position. As a result, undersigned counsel cannot finish the Answer Brief by November 20, 2024, with the exercise of due diligence.

4. Appellees will not seek a fourth extension.

5. The City Appellees join this motion because their Answer Brief intends to join the Federal Appellees' arguments in response to Issues I and III of the Opening Brief.

6. Appellants oppose this motion. Counsel for Appellants states that if this extension is granted, the Reply Brief will be due when drafting lawyers are traveling out of the country, traveling for the holidays, or otherwise have court deadlines, even if the Appellants receive a

reasonable extension of their own. The Appellees, however, are willing to agree to a Reply Brief deadline that accommodates Appellants' conflicts.

Therefore, Appellees respectfully request an extension of ten days, up to and including Monday, December 2, 2024, in which to file their Answer Briefs.

> Respectfully submitted,
>
> MATTHEW T. KIRSCH
> Acting United States Attorney
>
> *s/Marissa R. Miller*
> Assistant U.S. Attorney
> 1801 California Street, Suite 1600
> Denver, Colorado 80202
> 303.454.0100
> USACO.ECFappellate@usdoj.gov
>
> Attorneys for Defendants-Appellees Daniel Summey, the Federal Bureau of Investigation, and the United States
>
> OFFICE OF THE CITY ATTORNEY OF THE CITY OF COLORADO SPRINGS, COLORADO
> Wynetta P. Massey, City Attorney
>
> */s/ Anne H. Turner*
> Anne H. Turner, Assistant City Attorney

30 S. Nevada Ave., Suite 501
Colorado Springs, Colorado 80903
Telephone: (719) 385-5909
Facsimile: (719) 385-5535
anne.turner@coloradosprings.gov

Attorneys for Defendants-Appellees City of Colorado Springs, B.K. Steckler, Jason S. Otero and Roy A. Ditzler

# CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit, using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

*s/ Kayla Keiter*
KAYLA KEITER
U.S. Attorney's Office
