**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**November 13, 2024**

**Christopher M. Wolpert**
**Clerk of Court**

_____

JACQUELINE ARMENDARIZ, et al.,

     Plaintiffs - Appellants,

v.

CITY OF COLORADO SPRINGS, et al.,

     Defendants - Appellees.

----------------------------------------

ELECTRONIC FRONTIER
FOUNDATION, et al.,

     Amicus-Curiae.

No. 24-1201
(D.C. No. 1:23-CV-01951-SKC-MDB)
(D. Colo.)

_____

## ORDER
_____

Before **MATHESON** and **BACHARACH**, Circuit Judges.
_____

This matter comes before the court on appellees' Opposed Motion for 10-Day

Extension of Time to File Answer Briefs.  Upon consideration, the motion is granted.

Appellees shall file and serve their answer briefs by December 2, 2024.

Appellants may file a motion for extension of time, if necessary, when the due date for the reply brief is determined.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk