UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

December 03, 2024

Mrs. Anne Turner
Colorado Springs City Attorney's Office
30 South Nevada Avenue, Suite 501
Colorado Springs, CO 80903

**RE:** 24-1201, Armendariz, et al v. City of Colorado Springs, et al
Dist/Ag docket: 1:23-CV-01951-SKC-MDB

Dear Counsel:

The appendix received in the subject case does not comply with the form requirements of 10th Cir. R. 30.1(D) **(note that all form requirements also apply to supplemental appendices)**. Specifically:

- The district court docket sheet is not included. *See* 10th Cir. R. 30.1(D)(4) and 10th Cir. R. 10.4(C)(1).

You must file a proper electronic appendix within three days of the date of this notice. Do not file paper copies of your appendix and brief until the court has received the corrected electronic appendix and issued notice it is compliant.

The brief that was submitted with the appendix is acceptable for filing and will be filed upon receipt of the corrected appendix. However, if the corrections made to the appendix affect citations in the brief, a revised brief with corrected appendix citations will need to be submitted.

The time to file a reply brief will run from the date of service of the appendix.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CC: Counsel of record
CMW/jjh