# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| JACQUELINE ARMENDARIZ and CHINOOK CENTER,<br><br>Appellants,<br><br>v.<br><br>CITY OF COLORADO SPRINGS; DANIEL SUMMEY, a detective with the Colorado Springs Police Department, in his individual capacity;<br><br>B.K. STECKLER, a detective with the Colorado Springs Police Department, in his individual capacity;<br><br>JASON S. OTERO, a sergeant with the Colorado Springs Police Department, in his individual capacity;<br><br>ROY A. DITZLER, a police officer with the Colorado Springs Police Department, in his individual capacity;<br><br>FEDERAL BUREAU OF INVESTIGATION; and<br><br>THE UNITED STATES OF AMERICA,<br><br>Appellees. | Case No. 24-1201 |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the office of Davis Graham & Stubbs LLP has moved. You are hereby requested to serve all future pleadings and papers on counsel in this case at the new address shown below. Telephone and facsimile numbers have not changed.  Further, our domain email address has been updated to davisgraham.com.

| Old Address: | New Address: |
|---|---|
| Davis Graham & Stubbs LLP | Davis Graham & Stubbs LLP |
| 1550 17th Street, Suite 500 | 3400 Walnut Street, Suite 700 |
| Denver, Colorado 80202 | Denver, Colorado 80205 |

Respectfully submitted: December 13, 2024

          */s/ Theresa Wardon Benz*
Theresa Wardon Benz
Jacqueline V. Roeder
Kylie L. Ngu
DAVIS GRAHAM & STUBBS LLP
3400 Walnut Street, Suite 700
Denver, CO 80205
Telephone:  303.892.9400
theresa.benz@davisgraham.com
jackie.roeder@davisgraham.com
kylie.ngu@davisgraham.com

*Counsel for Appellants Jacqueline Armendariz and Chinook Center*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed on December 13, 2024, with the Clerk of the Tenth Circuit Court of Appeals via CM/ECF and was served upon all counsel of record, including:

Anne Hall Turner
OFFICE OF THE CITY ATTORNEY OF THE CITY OF COLORADO SPRINGS
30 S. Nevada Avenue, Suite 501
Colorado Springs, CO 80903
anne.turner@coloradosprings.gov

*Counsel for Defendants City of Colorado Springs, B.K. Steckler, Jason S. Otero and Roy S. Ditzler*

Marissa R. Miller
UNITED STATES ATTORNEY'S OFFICE
1801 California Street, Suite 1600
Denver, CO 80202
marissa.miller@usdoj.gov
USACO.ecfappellate@usdog.gov

*Counsel for Defendants Daniel Summey, the Federal Bureau of Investigation, and the United States of America*

*/s/ Brigid Bungum*