# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| JACQUELINE ARMENDARIZ and CHINOOK CENTER,<br><br>Appellants,<br><br>v.<br><br>CITY OF COLORADO SPRINGS; DANIEL SUMMEY, a detective with the Colorado Springs Police Department, in his individual capacity;<br><br>B.K. STECKLER, a detective with the Colorado Springs Police Department, in his individual capacity;<br><br>JASON S. OTERO, a sergeant with the Colorado Springs Police Department, in his individual capacity;<br><br>ROY A. DITZLER, a police officer with the Colorado Springs Police Department, in his individual capacity;<br><br>FEDERAL BUREAU OF INVESTIGATION; and<br><br>THE UNITED STATES OF AMERICA,<br><br>Appellees. | Case No. 24-1201 |

### APPELLANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Appellants Jacqueline Armendariz and Chinook Center, ("Appellants"), pursuant to Fed. R. App. P. 27 and 10th Cir. R. 27.5(A)(10), respectfully move the Court for an extension of time to file Appellants' Reply Brief. Appellants' Reply Brief is currently due on December 27, 2024. Appellants request an additional

thirty-one (31) days to file their Reply Brief, up to and including, January 27, 2025.

Pursuant to Tenth Circuit Rule 27.6(C)(2), counsel for Appellants conferred with counsel for Appellees, City of Colorado Springs, Daniel Summey, B.K. Steckler, Jason S. Otero, Roy A Ditzler, Federal Bureau of Investigation; and The United States of America (together, "Appellees"). Appellees do not oppose the requested extension of time.

In support of the motion, Appellants state as follows:

1. On July 12, 2024, Appellants filed an unopposed motion for extension of time to file their Opening Brief, which the Court granted on the same day.

2. On September 17, 2024, Appellees filed a joint motion for extension of time to file their answer briefs, which the Court granted on the same day.

3. On October 16, 2024, Appellees filed their second joint motion for extension of time to file their answer briefs, which the Court granted on the same day.

4. On November 13, 2024, Appellees filed their third joint motion for extension of time to file their answer briefs, which the Court granted on the same day. In the Court's order, the Court noted that "Appellants may file a motion for extension of time, if necessary, when the due date for the reply brief is determined."

5. Appellants' Reply Brief is currently due on December 27, 2024.

6. This is Appellants' first motion for extension of time to file their Reply Brief.

7. Appellants request a thirty-one (31) day extension of time, up to and including January 27, 2025, within which to file their Reply Brief.

8. Appellees do not oppose the motion.

9. No party will be prejudiced if the motion is granted.

10. Appellants' counsel has been diligently working on Appellants' Reply Brief but requires additional time to complete it because Appellants' counsel has several conflicts and pre-arranged commitments, as well as the intervening holiday.

11. Good cause exists for the requested extension for several reasons.

12. Ms. Benz, Appellants' lead counsel, has several upcoming briefing and oral argument deadlines that conflict with the preparation of Appellants' Reply Brief including:

    a. A cross-appeal answer and reply brief filed on December 10, 2024 in *Markwest Liberty Midstream & Resource, LLC v. John W. Rose, Litigation Trustee for Meridien Litigation Trust*, Case Nos. 2023CA139 and 2023CA596, Colorado Court of Appeals;

b. Oral argument on December 18, 2024, in *Prima Exploration, Inc. v. Darryl LaCounte, et al.*, No. 23-3694, Eighth Circuit Court of Appeals, which will require preparation time and travel;

c. An answer brief due on December 26, 2024, in *Marie Kaiser Napoli v. Marc Jay Bern, et al.*, Case No. 2024CA780 in the Colorado Court of Appeals;

d. An oral argument on January 7, 2025, in *Silver v. S&D Law et al.*, No. 2023CA001240, Colorado Court of Appeals, which will require preparation time;

e. An oral argument for a hearing on post-trial motions on January 8, 2025 in *Lorelle Thompson v. Ford Motor Company*, Case No. 22-cv-00541-MDB, U.S. District Court for the District of Colorado, which will also require preparation time; and

f. Pre-planned out-of-state travel with her family from December 22 to December 26, 2024.

13. Ms. Moraff also has pre-planned international travel from December 16, 2024 to January 4, 2025.

14. The requested relief is not sought for the purpose of delay or any other improper purpose, nor will the requested extension prejudice either party.

15.  This request is timely and complies with the 10th Circuit Rule 27.6(B) because it is made at least three days before the current reply brief deadline.

For the foregoing reasons, Appellants respectfully request that the time to file their Reply Brief be extended by thirty-one (31) days, up to and including January 27, 2025.

Respectfully submitted: December 13, 2024

*/s/ Theresa Wardon Benz*
Theresa Wardon Benz
Jacqueline V. Roeder
Kylie L. Ngu
DAVIS GRAHAM & STUBBS LLP
3400 Walnut Street, Suite 700
Denver, CO 80205
Telephone:  303.892.9400
theresa.benz@davisgraham.com
jackie.roeder@davisgraham.com
kylie.ngu@davisgraham.com

*Counsel for Appellants Jacqueline Armendariz and Chinook Center*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed on December 13, 2024, with the Clerk of the Tenth Circuit Court of Appeals via CM/ECF and was served upon all counsel of record, including:

| | |
|---|---|
| Anne Hall Turner<br>OFFICE OF THE CITY ATTORNEY OF THE CITY OF COLORADO SPRINGS<br>30 S. Nevada Avenue, Suite 501<br>Colorado Springs, CO 80903<br>anne.turner@coloradosprings.gov<br><br>*Counsel for Defendants City of Colorado Springs, B.K. Steckler, Jason S. Otero and Roy S. Ditzler* | Marissa R. Miller<br>UNITED STATES ATTORNEY'S OFFICE<br>1801 California Street, Suite 1600<br>Denver, CO 80202<br>marissa.miller@usdoj.gov<br>USACO.ecfappellate@usdog.gov<br><br>*Counsel for Defendants Daniel Summey, the Federal Bureau of Investigation, and the United States of America* |

/s/ Brigid Bungum