FILED  
United States Court of Appeals  
Tenth Circuit  

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**December 16, 2024**

Christopher M. Wolpert  
Clerk of Court

---

JACQUELINE ARMENDARIZ, et al.,

   Plaintiffs - Appellants,

v.

CITY OF COLORADO SPRINGS, et al.,

   Defendants - Appellees.

-----------------------------------------

ELECTRONIC FRONTIER FOUNDATION, et al.,

   Amici Curiae.

No. 24-1201  
(D.C. No. 1:23-CV-01951-SKC-MDB)  
(D. Colo.)

---

**ORDER**

---

Before **MATHESON** and **BACHARACH**, Circuit Judges.

---

This matter is before the court on appellants' motion for extension of time to file a reply brief in this appeal. The motion is granted in part. The reply brief shall be filed and served on or before January 24, 2025.

                   Entered for the Court

                   CHRISTOPHER M. WOLPERT, Clerk