# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

JACQUELINE ARMENDARIZ and
CHINOOK CENTER,

Appellants,

v.

CITY OF COLORADO SPRINGS; DANIEL
SUMMEY, a detective with the Colorado
Springs Police Department, in his individual
capacity;

B.K. STECKLER, a detective with the Colorado
Springs Police Department, in his individual
capacity;

JASON S. OTERO, a sergeant with the
Colorado Springs Police Department, in his
individual capacity;

ROY A. DITZLER, a police officer with the
Colorado Springs Police Department, in his
individual capacity;

FEDERAL BUREAU OF INVESTIGATION;
and

THE UNITED STATES OF AMERICA,

Appellees.

Case No. 24-1201

## PLAINTIFFS-APPELLANTS' MOTION TO EXCEED WORD COUNT FOR THE
## REPLY BRIEF

Pursuant to 10th Cir. R. 28.3(A), Plaintiffs-Appellants Jacqueline

Armendariz and Chinook Center, ("Plaintiffs"), respectfully move the Court to

allow Plaintiffs to exceed the word count for their Reply Brief by an additional

3,300 words. Plaintiffs' counsel have conferred with counsel for the Defendant-

Appellees, City of Colorado Springs, B.K. Steckler, Jason S. Otero, Roy A Ditzler,

(together, "City Defendants"); and Daniel Summey, Federal Bureau of Investigation, and The United States of America (together, "Federal Defendants"). Neither set of Defendants oppose this motion. This is Plaintiffs' first request to exceed the word count.

In support of the motion, Plaintiffs state as follows:

1.      Pursuant to the 10th Circuit Rule 28.3(A), motions to exceed the word count will be granted only if extraordinary and compelling circumstances can be shown. Plaintiffs respectfully contend that extraordinary and compelling circumstances exist for this request.

2.      On December 2, 2024, the City Defendants and the Federal Defendants filed separate Answer Briefs, consisting of 12,990 and 12,700 words respectively. Their corrected briefs, filed on December 6, contain 12,968 and 12,814 words respectively.

3.      Under 10th Circuit Rule 31.3(A), generally when there are multiple parties, each side must file one brief to the extent practicable. Here, Defendants had the benefit of two full length briefs—25,782 words total—to compose their arguments.

4.      Defendants' separate Answer Briefs raise different arguments and address different claims. City Defendants' Brief also adopts portions of Federal Defendants' brief rather than fully briefing all their arguments on their own,

leaving them with even more words to make arguments that apply exclusively to them.

5.      At this stage in drafting, Plaintiffs' counsel have been diligently cutting words, but it has become apparent that thoroughly replying to the two different Answer Briefs in one single reply brief will require more than 6,500 words.

6.      Defendants do not oppose the motion.

7.      No party will be prejudiced if the motion is granted.

8.      This request is timely and complies with the 10th Circuit Rule 28.3(A) because it is made at least fourteen days before the current Reply Brief deadline.

For the foregoing reasons, Plaintiffs respectfully request an additional 3,300 words for their Reply Brief.

Respectfully submitted: January 10, 2025

*/s/ Theresa Wardon Benz*
Theresa Wardon Benz
Jacqueline V. Roeder
Kylie L. Ngu
DAVIS GRAHAM & STUBBS LLP
3400 Walnut Street, Suite 700
Denver, CO 80205
Telephone:  303.892.9400
theresa.benz@davisgraham.com
jackie.roeder@davisgraham.com
kylie.ngu@davisgraham.com

*Counsel for Appellants Jacqueline*
*Armendariz and Chinook Center*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed on

January 10, 2025, with the Clerk of the Tenth Circuit Court of Appeals via

CM/ECF and was served upon all counsel of record, including:

Anne Hall Turner
OFFICE OF THE CITY ATTORNEY
OF THE CITY OF COLORADO
SPRINGS
30 S. Nevada Avenue, Suite 501
Colorado Springs, CO 80903
anne.turner@coloradosprings.gov

*Counsel for Defendants City of Colorado Springs, B.K. Steckler, Jason S. Otero and Roy S. Ditzler*

Marissa R. Miller
UNITED STATES ATTORNEY'S
OFFICE
1801 California Street, Suite 1600
Denver, CO 80202
marissa.miller@usdoj.gov
USACO.ecfappellate@usdog.gov

*Counsel for Defendants Daniel Summey, the Federal Bureau of Investigation, and the United States of America*

*/s/ Beatriz Esparza*