FILED  
United States Court of Appeals  
Tenth Circuit

January 13, 2025

Christopher M. Wolpert  
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

JACQUELINE ARMENDARIZ, et al.,

    Plaintiffs - Appellants,

v.

CITY OF COLORADO SPRINGS, et al.,

    Defendants - Appellees.

----------------------------------------

ELECTRONIC FRONTIER FOUNDATION, et al.,

    Amici-Curiae.

No. 24-1201  
(D.C. No. 1:23-CV-01951-SKC-MDB)  
(D. Colo.)

---

**ORDER**

---

Before **MATHESON** and **BACHARACH**, Circuit Judges.

---

This matter is before the court on appellant's motion for leave to file an oversized reply brief. The motion is granted. Appellant may file a reply brief not to exceed 9800 words.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk