# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| JACQUELINE ARMENDARIZ and CHINOOK CENTER, <br><br> Appellants, <br><br> v. <br><br> CITY OF COLORADO SPRINGS; DANIEL SUMMEY, a detective with the Colorado Springs Police Department, in his individual capacity; <br><br> B.K. STECKLER, a detective with the Colorado Springs Police Department, in his individual capacity; <br><br> JASON S. OTERO, a sergeant with the Colorado Springs Police Department, in his individual capacity; <br><br> ROY A. DITZLER, a police officer with the Colorado Springs Police Department, in his individual capacity; <br><br> FEDERAL BUREAU OF INVESTIGATION; and <br><br> THE UNITED STATES OF AMERICA, <br><br> Appellees. | Case No. 24-1201 |

## MOTION TO WITHDRAW LAURA MORAFF AS COUNSEL FOR PLAINTIFFS-APPELLANTS

The undersigned counsel, Laura Moraff of the ACLU of Colorado, respectfully moves to withdraw as counsel of record for Plaintiffs-Appellants Jacqueline Armendariz and Chinook Center and, in support of this motion, states

as follows:

1. Laura Moraff will be leaving the ACLU of Colorado on March 7, 2025, and will no longer be able to represent Plaintiffs-Appellants.

2. Plaintiffs-Appellants will continue to be represented by the other counsel of record in this appeal: Timothy R. Macdonald, Sara R. Neel, Anna I. Kurtz, and Mark Silverstein of the ACLU of Colorado, and Theresa Wardon Benz, Jacqueline V. Roeder, and Kylie L. Ngu of Davis Graham & Stubbs LLP.

3. There will be no prejudice to Plaintiffs-Appellants as a result of Laura Moraff's withdrawal as counsel.

WHEREFORE, the undersigned counsel respectfully requests that the Court grant this Motion to withdraw Laura Moraff as counsel for Plaintiffs-Appellants.

Respectfully submitted: February 28, 2025

           */s/ Laura Moraff*

           Timothy R. Macdonald
           Sara R. Neel
           Anna I. Kurtz
           Mark Silverstein
           Laura Moraff
           AMERICAN CIVIL LIBERTIES UNION
           FOUNDATION OF COLORADO
           303 East 17th Avenue, Suite 350
           Denver, Colorado 80203
           Tel.: (720) 402-3151
           tmacdonald@aclu-co.org
           sneel@aclu-co.org

akurtz@aclu-co.org
msilverstein@aclu-co.org
lmoraff@aclu-co.org

Theresa Wardon Benz
Jacqueline V. Roeder
Kylie L. Ngu
DAVIS GRAHAM & STUBBS LLP
3400 Walnut Street, Suite 700
Denver, CO 80205
Telephone: 303.892.9400
theresa.benz@davisgraham.com
jackie.roeder@davisgraham.com
kylie.ngu@davisgraham.com

*Counsel for Plaintiffs-Appellants Jacqueline Armendariz and Chinook Center*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed on February 28, 2025, with the Clerk of the Tenth Circuit Court of Appeals via CM/ECF and was served upon all counsel of record, including:

Anne Hall Turner
OFFICE OF THE CITY ATTORNEY OF THE CITY OF COLORADO SPRINGS
30 S. Nevada Avenue, Suite 501
Colorado Springs, CO 80903
anne.turner@coloradosprings.gov

*Counsel for Defendants City of Colorado Springs, B.K. Steckler, Jason S. Otero and Roy S. Ditzler*

Marissa R. Miller
UNITED STATES ATTORNEY'S OFFICE
1801 California Street, Suite 1600
Denver, CO 80202
marissa.miller@usdoj.gov
USACO.ecfappellate@usdog.gov

*Counsel for Defendants Daniel Summey, the Federal Bureau of Investigation, and the United States of America*

/s/ Laura Moraff