# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

### ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| JACQUELINE ARMENDARIZ, and CHINOOK CENTER, <br><br> Plaintiffs/Appellants, <br><br> v. <br><br> CITY OF COLORADO SPRINGS, et al. <br><br> Defendants/Appellees. | Case No. 24-1201 |

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

City of Colorado Springs, B.K. Steckler, Jason S. Otero, Roy A. Ditzler
[Party or Parties][1]

Appellees/Respondents_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Anne H. Turner
Name of Counsel                                     Name of Counsel

/s/ Anne H. Turner
Signature of Counsel                                Signature of Counsel

30 S. Nevada Ave. Ste. 501
Colorado Springs, CO 80903
(719) 385-5909
Mailing Address and Telephone Number                Mailing Address and Telephone Number

anne.turner@coloradosprings.gov
E-Mail Address                                      E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

May 28, 2024
Date

*/s/ Anne H. Turner*
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☒ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On _____ I sent a copy of this Entry of Appearance Form to:
               [date]

_____

at_____,

the last known address/email address, by _____.
                                                    [state method of service]

May 28, 2024_____
Date

*/s/ Anne H. Turner*_____
Signature