CIRCUIT MEDIATION OFFICE

# UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

**KEVIN J. KINNEAR**
CIRCUIT MEDIATOR

TELEPHONE 303-844-6017
FACSIMILE 303-844-6437

June 20, 2024

Theresa Wardon Benz, Esq.
Davis Graham & Stubbs
1550 Seventeenth Street, Suite 500
Denver, CO  80202

Timothy Macdonald, Esq.
American Civil Liberties Union of Colorado
303 East 17th Avenue, Suite 350
Denver, CO  80203

Marissa Rose Miller, Esq.
Office of the United States Attorney
District of Colorado
1801 California Street, Suite 1600
Denver, CO  80202

Anne Turner, Esq.
Colorado Springs City Attorney's Office
30 South Nevada Avenue, Suite 501
Colorado Springs, CO  80903

RE:  No. 24-1201 – Jacqueline Armendariz, et al. v. City of Colorado Springs, et al.

Dear Counsel:

Pursuant to Rule 33.1, Rules of the Tenth Circuit, the deadline for filing the appellant's brief and the appendix is extended to **July 22, 2024**.

Sincerely,

*[signature]*

Kevin J. Kinnear

KJK:dm