# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| JACQUELINE ARMENDARIZ and CHINOOK CENTER, <br><br> Appellants, <br><br> v. <br><br> CITY OF COLORADO SPRINGS; DANIEL SUMMEY, a detective with the Colorado Springs Police Department, in his individual capacity; <br><br> B.K. STECKLER, a detective with the Colorado Springs Police Department, in his individual capacity; <br><br> JASON S. OTERO, a sergeant with the Colorado Springs Police Department, in his individual capacity; <br><br> ROY A. DITZLER, a police officer with the Colorado Springs Police Department, in his individual capacity; <br><br> FEDERAL BUREAU OF INVESTIGATION; and <br><br> THE UNITED STATES OF AMERICA, <br><br> Appellees. | Case No. 24-1201 |

### APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

Appellants Jacqueline Armendariz and Chinook Center, ("Appellants"), pursuant to Fed. R. App. P. 27 and 10th Cir. R. 27.5(A)(10), respectfully move the Court for an extension of time to file Appellants' Opening Brief. Appellants' opening brief is currently due July 22, 2024. Appellants request an additional thirty (30) days to file their Opening Brief, to and including, August 21, 2024.

Pursuant to Tenth Circuit Rule 27.6(C)(2), counsel for Appellants conferred with counsel for Appellees, City of Colorado Springs, Daniel Summey, B.K. Steckler, Jason S. Otero, Roy A Ditzler, Federal Bureau of Investigation; and The United States of America (together, "Appellees"). Appellees do not oppose the requested extension of time.

In support of the motion, Appellants state as follows:

1.      Appellants' Opening Brief is currently due on July 22, 2024.

2.      On June 18, 2024, the parties participated in a mediation conference and pursuant to the Tenth Circuit Rule 33.1 the Circuit Mediation Office extended Appellant's deadline by fourteen (14) days to July 22, 2024.

3.      This is Appellants' first motion for extension of time.

4.      Appellants request a thirty (30) day extension of time, to and including August 21, 2024, within which to file its Opening Brief.

5.      Appellees do not oppose the motion.

6.      No party will be prejudiced if the motion is granted because Appellees will have ample time to review the brief prior to filing their Answer Brief.

7.      Undersigned counsel has been diligently working on Appellants' Opening Brief but requires additional time to complete it because other litigation presents a scheduling conflict and additional time is required to complete the brief.

8.      Good cause exists for the requested extension for several reasons.

9. Ms. Benz, Appellants' lead counsel, has several upcoming briefing deadlines that conflict with the preparation of Appellants' Opening Brief including:

   a. a reply brief due July 17, 2024, in *Atlantic Richfield Co. v. NL Industries, Inc.*, Case No. 23-1349, U.S. Tenth Circuit Court of Appeals;

   b. Three replies in support of Rule 50 and 59 motions due July 18, 2024, in *Lorelle Thompson v. Ford Motor Company*, Case No. 22-cv-00541, United States District Court for the District of Colorado;

   c. A reply in support of its motion to dismiss due July 19, 2024, in *Mike Boulter, et al. v. Noble Energy, Inc.,* Case No. 24-cf-710-SKC-KAS, United States District Court for the District of Colorado;

   d. An answer/opening brief due July 24, 2024 in *Vivianne T. Marousek, et al. v. Nebraska Pediatric Practice, Inc., et al.,* Case No. A-23-860, Nebraska Supreme Court.

10. Ms. Benz also has pre-planned vacation with her family from August 3 to 13 and will be out of the country from August 6 to 13, 2024.

11. The requested relief is not sought for the purpose of delay or any other improper purpose, nor will the requested extension prejudice either party.

12. This request is timely and complies with the 10th Circuit Rule 27.6(B) because it is made at least three days before the current opening brief deadline.

For the foregoing reasons, Appellants respectfully request that the time to file their Opening Brief be extended by thirty (30) days, to and including August 21, 2024.

July 12, 2024

*/s/ Theresa Wardon Benz*
Theresa Wardon Benz
Jacqueline V. Roeder
Kylie L. Ngu
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, CO 80202
Telephone: 303.892.9400
theresa.benz@davisgraham.com
jackie.roeder@davisgraham.com
kylie.ngu@dgslaw.com

*Counsel for Appellant Jacqueline Armen and Chinook Center*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed on July 12, 2024, with the Clerk of the Tenth Circuit Court of Appeals via CM/ECF and was served upon all counsel of record, including:

Anne Hall Turner
OFFICE OF THE CITY ATTORNEY OF THE CITY OF COLORADO SPRINGS
30 S. Nevada Avenue, Suite 501
Colorado Springs, CO 80903
anne.turner@coloradosprings.gov

*Counsel for Defendants City of Colorado Springs, B.K. Steckler, Jason S. Otero and Roy S. Ditzler*

Marissa R. Miller
UNITED STATES ATTORNEY'S OFFICE
1801 California Street, Suite 1600
Denver, CO 80202
marissa.miller@usdoj.gov
USACO.ecfappellate@usdog.gov

*Counsel for Defendants Daniel Summey, the Federal Bureau of Investigation, and the United States of America*

/s/ Brigid Bungum