UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

Jacqueline Armendariz, et al.

v.

City of Colorado Springs, et al.

Case No. 24-1201

### ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Jacqueline Armendariz and Chinook Center
_____
[Party or Parties][1]

_____

Apellants/Petitioners
_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Mark Silverstein
_____            _____
Name of Counsel                             Name of Counsel

/s/ Mark Silverstein
_____            _____
Signature of Counsel                        Signature of Counsel

303 E. 17th Ave., Suite 350, Denver, CO 80203
_____            _____
Mailing Address and Telephone Number        Mailing Address and Telephone Number

msilverstein@aclu-co.org
_____            _____
E-Mail Address                              E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☑ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

August 19, 2024
Date

/s/ Mia Bailey
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

☑ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On __August 19, 2024__ I sent a copy of this Entry of Appearance
   　　　[date]

Form to:

_____

at _____,

the last known address/email address, by _____.
　　　　　　　　　　　　　　　　　　　　　[state method of service]


August 19, 2024
Date

/s/ Mia Bailey
Signature